(Court of Criminal Appeals of Texas. March 25, 1914. Rehearing Denied April 15, 1914.)

WEAPONS (§ 7*)—CARRYING WEAPONS—JUSTIFICATION.

One informed that an indecent proposal had been made to his wife by a third person may not carry a pistol while going to see the third person to demand an explanation of his conduct, though he is on a lawful mission.

[Ed. Note.—For other cases, see Weapons, Cent. Dig. § 6; Dec. Dig. § 7.*]

Appeal from Polk County Court; P. R. Rowe, Judge.

Jesse Austin was convicted of unlawfully carrying a pistol, and he appeals. Affirmed.

Holshousen & German, of Livingston, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of unlawfully carrying a pistol. He contends that, if in fact he had a pistol on the occasion, he had been informed that George Johnson had made indecent and improper proposals to his (appellant's) wife, which had been communicated to him, and he had gone to see Johnson to demand an explanation of his conduct.

It may be that appellant's mission was perfectly legal and lawful, yet if all men were permitted to carry a pistol when on a lawful mission, this would in effect work a repeal of the statute against carrying pistols, for nearly all men would, nine-tenths of the time, at least, under such construction, be lawfully authorized to carry a pistol. This court has never consented, and we cannot give our consent now, to thus nullify this provision of the Code. The court did not err in refusing to give the special charge presenting this phase of the case.

The evidence supports the verdict, and the judgment is accordingly affirmed.

## PARKER v. STATE.

(Court of Criminal Appeals of Texas. April 1, 1914.)

CRIMINAL LAW (§ 1090*)—APPEAL—STATEMENT OF FACTS—BILL OF EXCEPTIONS.

Rulings on the admission and sufficiency of evidence cannot be reviewed, in the absence of a statement of facts or bill of exceptions.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Georgia Parker was convicted of burglary, and she appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of burglary; her punishment being assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. Therefore the grounds of the motion with reference to the sufficiency of the evidence and admission and rejection of testimony cannot be considered.

There being no revisable errors in the record, the judgment is affirmed.